■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STERLING JONES, Appellant. [999 NYS2d 744]—Judgment, Supreme Court, New York County (William Leibovitz, J.), rendered October 26, 1998, convicting defendant, after a jury trial, of murder in the second degree, and sentencing him to a term of 25 years to life, unanimously affirmed.

The court properly exercised its discretion in denying defendant's mistrial motions based on an improper question asked by the prosecutor of a rebuttal witness (*see People v Ortiz*, 54 NY2d 288 [1981]). A mistrial was unwarranted because the question went unanswered and the court minimized any prejudice by way of a thorough curative instruction that the jury is presumed to have followed (*see e.g. People v*

*Otero*, 56 AD3d 350 [1st Dept 2008], *lv denied* 14 NY3d 804 [2010]). Concur—Sweeny, J.P., Renwick, Moskowitz, Feinman and Kapnick, JJ.